UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:12-cr-00018-JMS-CMM |
| | ) | |
| THOMAS MILLER (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation dkt [84] recommending that Thomas Miller's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [84]. The Court finds that Mr. Miller committed Violation Numbers 1, 2 & 3 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [66 & 69]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Miller is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and 1 day imprisonment with no supervised release to follow. The court recommends placement at Marion, Illinois.

Date: 12/17/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal